IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| PLAINTIFF, | : | |
| | : | |
| v. | : | CIVIL NO. 22-cv-2205-JPG |
| | : | |
| 14.77997889 ETHEREUM (ETH) | : | |
| CRYPTOCURRENCY SEIZED FROM | : | |
| BINANCE ACCOUNT USER ID 46087557 | : | |
| | : | |
| DEFENDANT. | : | |

## JUDGMENT AND DECREE FOR FORFEITURE

Pending before the Court is the Motion for Judgment of Forfeiture filed by the United States of America (Doc. 11).  On September 21, 2022, Plaintiff United States of America filed a Verified Complaint for Forfeiture against Defendant, described as 14.77997889 Ethereum (ETH) Cryptocurrency Seized from Binance Account User ID 46087557 (Doc. 1).  The Complaint alleges that the currency constitutes or is derived from proceeds traceable to violations of 18 U.S.C. § 1343, 18 U.S.C. § 1956 and 1957, and is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C).

After process was fully issued and returned according to law, a warrant of arrest was issued by the Clerk of Court, and the United States Secret Service seized the property on November 28, 2022 (Doc. 6). Notice of this action was also published on an official government website (www.forfeiture.gov) for at least 30 consecutive days, beginning October 29, 2022 (Doc. 7). On February 9, 2023, the Clerk of Court entered default as to Efeoghene Greatnes Oboghenemiepha and all interested parties. (Doc. 9).

Pursuant to Federal Rule of Civil Procedure 55(b), default judgment is hereby entered

1

against all interested parties and in favor of Plaintiff United States of America.  The property, described as 14.77997889 Ethereum (ETH) Cryptocurrency Seized from Binance Account User ID 46087557 is hereby ordered forfeited to the United States of America and no right, title or interest in the property shall exist in any other party.  The defendant property shall be disposed of according to law by the property custodian for the United States Secret Service.

**IT IS SO ORDERED.**
**Dated: February 15, 2023**

                                                  <u>/s/ J. Phil Gilbert</u>
                                                  **J. PHIL GILBERT**
                                                  **DISTRICT JUDGE**